UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-81364 |
| ROSENDO R. VALDIVIA | ) | |
| ELIA S. VALDIVIA | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's Application for Compensation and Expenses, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation $ 2,750.00
2. Trustee's expenses $ 398.35

TOTAL $ 3,148.35

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Distribution Report is filed with the Clerk of the Bankruptcy Court.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: September 09, 2026

**Prepared by:**

Brian A. Hart, Attorney at Law
5702 Elaine Dr., Suite 204
Rockford, IL 61108-2475
815-708-0234 | Brian@rockfordbankruptcy.com